IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DENNIS A. MCCARTHY,<br>    Petitioner, | )<br>)    Civil Action No. 7:06cv00059<br>)<br>) |
| v. | )    **MEMORANDUM OPINION**<br>)<br>) |
| UNITED STATES OF AMERICA,<br>    Respondent. | )    By: Samuel G. Wilson<br>)    United States District Judge |

Petitioner Dennis A. McCarthy brings this motion to correct his sentence pursuant to 28 U.S.C. § 2255, claiming his sentence is unconstitutional under United States v. Booker, 543 U.S. 220 (2005). McCarthy has previously filed a § 2255 motion regarding the same conviction and/or sentence. See McCarthy v. United States, 7:00cv00073 (W.D. Va. 2000). Thus, his current § 2255 motion is successive, and the court may only review it if the Fourth Circuit has authorized McCarthy to file a successive § 2255 motion. 28 U.S.C. § 2255. McCarthy does not allege that the Fourth Circuit has authorized him to file a successive motion. Accordingly, the court lacks jurisdiction to review McCarthy's motion and, therefore, dismisses it.[1]

ENTER: This 23rd day of January, 2006.

UNITED STATES DISTRICT JUDGE

---

[1] Moreover, the Supreme Court did not make Booker retroactive to cases on collateral review, meaning McCarthy may not raise a Booker claim in a § 2255 motion. See Booker, 125 S. Ct. at 769.